413 A.2d 1118

Commonwealth v. McFadden, Appellant.

Submitted June 12, 1978. Steven Dickstein, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

CERCONE, P. J. concurred in the result.

JACOBS, former P. J. and HOFFMAN, J. did not participate in the consideration or decision of this case.

413 A.2d 1118

Commonwealth v. McLaughlin, Appellant.

Submitted September 15, 1978. Stephen Patrizio, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.